UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CEDRIC HOLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:05CV1032 HEA |
| v. ) | |
| ) | |
| COCA-COLA ENTERPRISES, Inc., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion for Conference [#25] and Plaintiff's Motion for Order [#26]. For the reasons set forth below, Plaintiff's motion for a conference will be denied, and Defendant shall have fourteen (14) days within which to respond to Plaintiff's motion for an Order.

In his motion for a conference, Plaintiff essentially requests a hearing with this Court (in chambers) to discuss additional evidence, appointed counsel, and a change to the Case Management Order. Plaintiff's motion, however, will be denied. Plaintiff may move the Court to appoint counsel, make CMO changes, and/or weigh evidence by way of the appropriate written motions relating to those issues. The Court will consider such motions as they are filed.

Plaintiff also moves for an Order compelling Defendant to answer Interrogatories and produce requested documents. To date, Defendant has failed to comply with

Plaintiff's discovery requests. Thus, within fourteen (14) days of the date of this Order, Defendant shall comply with Plaintiff's discovery requests or show cause as to why Plaintiff's requests are unreasonable or otherwise outside the purview of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Conference, [#25], is denied without prejudice;

**IT IS FURTHER ORDERED** that within fourteen (14) days of the date of this Order, Defendant shall comply with Plaintiff's discovery requests or show cause as to why Plaintiff's requests are unreasonable or otherwise outside the purview of the Federal Rules of Civil Procedure.

Dated this 23rd day of May, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE